KAREN P. HEWITT
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6963
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
2008 AUG 13 AM 10:50
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY KWH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. $16,871.00 IN U.S. CURRENCY, Defendant. | Civil No. '08 CV 1458 JM CAB<br>COMPLAINT FOR FORFEITURE |

By way of complaint against the defendant, $16,871.00 IN U.S. CURRENCY (hereinafter referred to as "defendant $16,871 in currency"), the United States of America alleges:

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, because the acts and omissions giving rise to the instant forfeiture occurred in this district.

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395 because the defendant was found in this district.

//

//

2008v00326:BCS:mia

3. On March 26, 2008, a Drug Enforcement Administration (hereinafter referred to as "DEA") Source of Information (hereinafter referred to as "SOI") advised DEA special agents that a male adult subject known as "Sean" was going to deliver approximately one ounce of cocaine later that same day to a buyer in the parking lot of a retail electronics outlet located in the vicinity of Interstate Highway 15 and Aero Drive in San Diego, California.

A. The DEA agents identified the subject known to the SOI as "Sean" to be Sean Allen Siegler (hereinafter referred to as "Siegler"), with a residence on Avenida Playa Cancun, San Diego.

B. Acting on express consent from one of the parties, the DEA agents overheard a telephone conversation wherein Siegler stated he was going to deliver an ounce of cocaine to a buyer at the retail outlet parking lot later that evening.

C. At approximately 8:30 that evening, DEA agents observed Siegler exit his Avenida Playa Cancun residence, enter a vehicle, and drive toward the planned cocaine delivery site. Before Siegler arrived, the DEA agents directed a marked San Diego State University Police Department (hereinafter referred to as "SDSU Police") patrol unit to conduct a traffic stop of the vehicle he was driving. The traffic stop was executed at a location just north of the off-ramp leading to the planned cocaine delivery site. Siegler was the driver and sole occupant of the vehicle. He was patted down for officer safety. The SDSU Police patrol officer discovered a golf-ball-sized object in Siegler's pocket. The officer removed the object, and discovered it to be

approximately one ounce of cocaine. Siegler was placed under arrest.

D. Later that evening, the DEA agents applied for and obtained a search warrant for Siegler's Avenida Playa Cancun residence. During the course of the search, DEA agents discovered various items of dominion and control confirming Siegler resided in the dwelling. They found no evidence that any other persons lived there. While inside the residence, the DEA agents discovered and seized the defendant $16,871 in U.S. currency in the master bedroom. Agents also found approximately 103 grams of cocaine in a white plastic bag on top of the night stand in the master bedroom. Also found on the night stand was a digital scale with surfaces covered in cocaine residue. Approximately 28 grams of cocaine were found wrapped in clear plastic and aluminum foil inside the top dresser drawer in the master bedroom. Roughly 6.5 grams of marijuana were found in a plastic bag in the entertainment center of the master bedroom. Approximately 82 tablets of Alprazolam and 1 Hydrocodone tablet were found in a plastic bag in the entertainment center of the master bedroom. A plastic bag containing 46 MDMA tablets was found hidden in the battery compartment of a Mercedes Benz sedan parked on the premises.

E. One of the DEA agents advised Siegler of his Fifth Amendment or Miranda rights. Siegler indicated he understood his rights, was willing to waive them, and agreed to submit to an interview by the DEA agents. Siegler admitted that when stopped by the SDSU Police officer that night, he was en route to deliver one ounce of cocaine to a buyer. Siegler estimated he had

delivered cocaine to that same buyer on approximately 10 prior occasions. Siegler identified his source of supply for cocaine as an adult male resident of Chula Vista, California. Siegler claimed to purchase about 1/4 pound of cocaine per week from his source, but has purchased up to 1/2 pound in a single transaction. Siegler estimated he has between 10 and 15 regular cocaine customers, and sells them the drug in ounce quantities.

F. The San Diego County District Attorney has charged Siegler in the matter of The People of the State of California v. Sean Allen Siegler, case number CD212636, before the Superior Court, State of California, for the County of San Diego, with violations of California Health and Safety Code Sections 11352(a), transportation and sales of cocaine, 11351, possession of cocaine for sale, and 11378, possession of controlled substances for sales, all felonies.

4. The defendant $16,871 in currency was money furnished or intended to be furnished in exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

5. Alternatively, the defendant $16,871 in currency was proceeds of or proceeds traceable to an exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

6. Alternatively, the defendant $16,871 in currency was used or intended to be used to facilitate an exchange for a controlled substance, in violation of Chapter 13, Title 21, United States Code.

7. As a result of the foregoing, the defendant $16,871 in currency is liable to condemnation and to forfeiture to the

United States for its use in accordance with Title 21, United States Code, Section 881(a)(6).

8. The defendant $16,871 in currency is presently deposited within the jurisdiction of this Court.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendant $16,871 in currency, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: August 13, 2008

KAREN P. HEWITT
United States Attorney

BRUCE C. SMITH
Assistant U.S. Attorney

**VERIFICATION**

I, Lauren Carney, state and declare as follows:

1. I am a Special Agent with the Drug Enforcement Administration and am assigned to the San Diego Division office. I am one of the DEA special agents involved in the investigation which is the basis for this litigation.

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint was revealed during the investigation in which I was engaged, or was furnished by official Government sources.

Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on August 1, 2008

LAUREN CARNEY, Special Agent
Drug Enforcement Administration

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED

2008 AUG 13 AM 10: 47

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ________ DEPUTY

**I. (a) PLAINTIFFS**

UNITED STATES OF AMERICA

**DEFENDANTS**

$16,871.00 IN U.S. CURRENCY

**(b)** County of Residence of First Listed Plaintiff ____________
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant ____________
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

'08 CV 1458 JM CAB

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

AUSA Bruce C. Smith, 880 Front Street, Room 6293, San Diego, CA 92101-8893, Tel. (619) 557-6963

Attorneys (If Known)

Brian E. Watkins, Esq., 7676 Hazard Center Drive, 5th Floor, San Diego, CA 92108, Tel. (858) 488-8341

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☒ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☒ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
Title 21, United States Code, Section 881(a)(6)

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☑ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ____________ DOCKET NUMBER ____________

DATE
08/13/2008

SIGNATURE OF ATTORNEY OF RECORD
AUSA BRUCE C. SMITH

**FOR OFFICE USE ONLY**

RECEIPT # ________ AMOUNT ________ APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________