FILED
AUG 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

$16,871.00 IN U.S. CURRENCY,

Defendant.

Civil No. '08 CV 1458 JM CAB

ORDER APPOINTING UNITED STATES MARSHAL AS CUSTODIAN AND DEPOSITING THE DEFENDANT INTO THE SEIZED ASSETS DEPOSIT ACCOUNT

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal for the Southern District of California has consented to assume responsibility for the protection, maintenance, and safety of the above-described defendant during the time it remains in the custody of this Court under its process,

IT IS HEREBY ORDERED that upon the arrest of the defendant, the United States Marshal for the Southern District of California shall be custodian of the defendant on behalf of this Court until further order, and

//

//

//

IT IS FURTHER ORDERED that the United States Marshal shall deposit the defendant currency in the Seized Assets Deposit Account which shall be substituted as the res in this action.

IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshal be a first charge against the defendant.

DATED: 8/14/08

UNITED STATES DISTRICT JUDGE